IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICIA ELLIS-SWANSON, mother and next of kin and personal representative of ESTATE OF JOANNA LARUE ELLIS,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 8:19-CV-501<br><br>ORDER |

The plaintiff, a non-prisoner, has filed an application to proceed in forma pauperis on appeal (filing 18). The plaintiff's application demonstrates that she is eligible to proceed in forma pauperis.

IT IS ORDERED that the plaintiff's application to proceed in forma pauperis (filing 18) is granted, and her appeal shall be processed without payment of fees.

Dated this 19th day of January, 2021.

BY THE COURT:

John M. Gerrard
Chief United States District Judge